1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5                          SAN JOSE DIVISION

6

7    HOOMAN PANAH,                          Case No.  14-cv-00166-BLF

              Plaintiff,

8

         v.

9                                           **ORDER RE: AMENDMENT OF
                                            PLAINTIFF'S COMPLAINT**
10   STATE OF CALIFORNIA DEPT. OF
     CORRECTIONS AND REHABILITATION,
     et al.,

11

              Defendants.

12

13        The Court has learned that Plaintiff's counsel of record in this case is not presently eligible

14   to practice law in California. *See* http://members.calbar.ca.gov/fal/Member/Detail/147789. This

15   suspension commenced after counsel filed the papers here at issue.

16        Because of this, the Court grants Plaintiff additional time to amend his Complaint, so that

17   Plaintiff can either (1) find new counsel, (2) elect to continue pursuing this action pro se, or (3) file

18   a statement with the Court that Mr. Duren has been restored to active status by the State Bar and

19   will remain counsel of record in this case.

20        **Plaintiff shall file his amended Complaint no later than June 17, 2015.** Pursuant to its

21   Order on Defendants' motion to dismiss and motion for summary judgment, *see* ECF 22 at 26, the

22   Court has granted Plaintiff leave to amend with regard to his constitutional and state law claims

23   against two Defendants, Officers Odum and Anderson. All other Defendants and causes of action

24   have been dismissed from this case.

25        **IT IS SO ORDERED.**

26   Dated: March 19, 2015

27   _____
                                            BETH LABSON FREEMAN
28                                          United States District Judge