AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

HOOMAN PANAH (J-55600)
        Plaintiff(s),

V.

STATE OF CALIFORNIA etal
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-14-0166-BLF

Notice is hereby given that, subject to approval by the court, __HOOMAN PANAH__ substitutes
(Party(s) Name)

__HOOMAN PANAH__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __B. KWAKU DUREN, DISBARD__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: HOOMAN PANAH (J-55600)
    Address: SAN QUENTIN STATE PRISON, SAN QUENTIN, CA 94974
    Telephone: _____ Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 6/5/2015

x /s/ H. Ashkan Panah
(Signature of Party(s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 06/05/2015

x /s/ H. Ashkan Panah (PRO SE)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 23, 2015

/s/ Beth Labson Freeman
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]