UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN PANAH, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 14-00166 BLF (PR)<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL; INSTRUCTIONS TO CLERK** |

Plaintiff, an inmate on death row at California's San Quentin State Prison ("SQSP") proceeding *pro se*, filed a second amended complaint pursuant to 42 U.S.C. § 1983, alleging unconstitutional acts by SQSP correctional officers. The Court found several of Plaintiff's claims cognizable, and scheduled briefing on the matter. (Docket No. 69.) Plaintiff filed an "emergency motion" for appointment of counsel, which he also requested be filed under seal. (Docket No. 97.) The Court has denied the motion for appointment of counsel but will grant the request to file the matter under seal. The Clerk shall file Plaintiff's motion under seal as well as the related court order. (Docket Nos. 97, 98.)

**IT IS SO ORDERED.**

**Dated:** October 25, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Request to File Under Seal
PRO-SE\BLF\CR.14\00166Panah_m.seal