1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ALLISON M. LOW
   Deputy Attorney General
4  State Bar No. 273202
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3589
6   Fax:  (415) 703-5843
    E-mail:  Allison.Low@doj.ca.gov
7  *Attorneys for Defendants*
   *Anderson, Chappell, Ebert, Givens, Hamilton,*
8  *Luna, McLelland, Odom, Robberecht, Welton*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **HOOMAN PANAH,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 5:14-cv-00166 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

　　　Defendants Anderson, Chappell, Ebert, Givens, Hamilton, Luna, McLelland, Odom, Robberecht, and Welton move the Court for a 90-day extension of time to file a dispositive motion. The Court has read and considered the motion and counsel's accompanying declaration, and finds that good cause exists to grant the request.

　　　IT IS HEREBY ORDERED that the motion is GRANTED. No later than 90 days from the date this order is filed, Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims found to be cognizable in the Second Amended Complaint and

1

Supplemental to the Second Amended Complaint. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than 28 days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than 14 days after Plaintiff's opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

Dated: _December 3, 2019_

_____
The Honorable Beth Labson Freeman

SF2014407393
21713964.docx

2

Order Granting Defs.' Req. Ext. Time to File Dispositive Mot. (5:14-cv-00166 BLF (PR))