1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10

11   HOOMAN PANAH, an individual,            Case No. 14-00166 BLF (PR)

            Plaintiff,
12                                           **ORDER GRANTING MOTION FOR**
                                             **EXTENSION OF TIME TO FILE**
13        v.                                 **OPPOSITION**

14
     STATE OF CALIFORNIA DEPT. OF
15   CORRECTIONS AND
     REHABILITATION, et al.,
16
            Defendants.
17                                           (Docket No. 174)

18

19        Plaintiff, an inmate on death row at California's San Quentin State Prison

20   ("SQSP"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging

21   unconstitutional acts by SQSP correctional officers.  On February 5, 2020, the Defendants

22   filed a motion to dismiss.  Dkt. No. 163.  In the last court order filed February 20, 2020,

23   Plaintiff was directed to file an opposition no later than fourteen days from the order, such

24   that he had until March 4, 2020.  Dkt. No. 168 at 5.  On March 9, 2020, Plaintiff filed for

25   an extension of time to file an opposition until March 15, 2020, which is a 10-day

26   extension.  Dkt. No. 174.  In light of the current health crisis, the Court sua sponte further

27   enlarges time to file the response to Mar 25, 2020.  Good cause appearing, Plaintiff's

28   motion is **GRANTED**.  Plaintiff's opposition to Defendants' motion to dismiss is due **no**

**later than March 25, 2020**.

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 174.

**IT IS SO ORDERED**

Dated: __**March 18, 2020**_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California