United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN PANAH, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 14-00166 BLF (PR)<br><br>**ORDER DENYING EMERGENCY MOTION FOR EXTENSION OF TIME AS UNNECESSARY**<br><br><br>(Docket No. 194) |

　　　　Plaintiff, an inmate on death row at California's San Quentin State Prison ("SQSP"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging unconstitutional acts by SQSP correctional officers. On February 5, 2020, the Defendants filed a motion to dismiss which is fully briefed. Dkt. No. 163.

　　　　Plaintiff has recently filed an "emergency motion" for an extension of time due to the current COVID-19 pandemic. Dkt. No. 194. However, as Defendants point out in their response, there are no reply briefs outstanding in this matter. Dkt. No. 195. Other than Defendants' motion to dismiss, there are two other pending motions but they are also submitted and require no further briefing. Dkt. Nos. 171, 187. Accordingly, Plaintiff's motion is DENIED as unnecessary. The Court will decide the submitted motions in due

time.

This order terminates Docket No. 194.

**IT IS SO ORDERED**

Dated: ___**July 15, 2020**____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge