UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN PANAH, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | Case No. 14-00166 BLF (PR)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT**<br><br><br>(Docket No. 240) |

  Plaintiff, an inmate on death row at San Quentin State Prison ("SQSP") proceeding *pro se*, filed a second amended complaint pursuant to 42 U.S.C. § 1983, alleging unconstitutional acts by SQSP correctional officers. Dkt. Nos. 54, 67. Defendants filed a motion for summary judgment on March 29, 2021. Dkt. No. 237. On April 7, 2021, the Court disposed of several pending motions and *sua sponte* granted Plaintiff an extension of time to file an opposition **until June 21, 2021**. Dkt. No. 239. Accordingly, Plaintiff's recently filed motion for an extension of time, Dkt. No. 240, is DENIED as moot.

  This order terminates Docket No. 240.

  **IT IS SO ORDERED.**

Dated: \_\_\_April 16, 2021_____

                BETH LABSON FREEMAN
                United States District Judge

Order Denying Mot. for EOT as Moot
PRO-SE\BLF\CR.14\00166Panah_deny.eot(moot)