IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **HOOMAN PANAH,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　Defendants. | 5:14-cv-00166 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT ODOM'S SUMMARY JUDGMENT MOTION**<br><br>Judge:　　The Honorable Beth Labson Freeman<br><br>Action Filed:　January 12, 2014 |

　　Defendants moved this Court for an extension of the deadline to file a reply in support of Defendant Odom's summary-judgment motion to July 26, 2021. After full consideration, and good cause appearing, the motion is granted. Defendants shall file a reply in support of Defendant Odom's summary-judgment motion by July 26, 2021. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

　　**IT IS SO ORDERED.**

Dated:　__July 2, 2021__

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge