UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN PANAH,<br>　　　Plaintiff,<br>　v.<br>STATE OF CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br>　　　Defendants. | Case No. 14-cv-00166 BLF (PR)<br>**ORDER REFERRING MATTER TO FEDERAL PRO SE PROGRAM FOR LIMITED APPOINTMENT OF COUNSEL** |

　　　Plaintiff, an inmate on death row at California's San Quentin State Prison ("SQSP"), filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against SQSP correctional officers. After much briefing, the only remaining claims are Eighth Amendment deliberate indifference to safety claims against Defendants Anderson and Odom. Dkt. No. 275. On March 1, 2022, the Court referred this matter for settlement proceedings before Magistrate Judge Robert M. Illman. *Id.* After an initial settlement conference on May 23, 2022, Judge Illman indicated that the matter did not settle. Dkt. No. 283.

　　　The Court finds good cause to appoint counsel for the limited purpose of assisting Plaintiff in further settlement proceedings. Accordingly, this matter is referred to Haohao

Song of the Federal Pro Se Program to find counsel if possible. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court. The scope of this referral shall be for the limited purpose described above.

The Clerk shall forward to the Federal Pro Se Program: (1) a copy of this order, (2) a copy of the docket sheet, and (3) a copy of the court order denying Defendant Odom's motion for summary judgment. Dkt. No. 275.

**IT IS SO ORDERED**

Dated:  __May 24, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Referring Matter to FPSP
PRO-SE\BLF\CR.14\00166Panah_refer.fpsp